# United States District Court

**Western** DISTRICT OF **Louisiana**

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**6:06-CV-1374    LO**
**JUDGE MELANCON**
**MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Acadia Parish Sheriff's Office
Through:
Sheriff Wayne Melancon
Acadia Parish
Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(BY) DEPUTY CLERK

DATE

AUG 14 2006

# United States District Court

Western DISTRICT OF Louisiana

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**6:06-CV-1374   LO
JUDGE MELANCON
MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Sheriff Wayne Melancon
Acadia Parish
Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(BY) DEPUTY CLERK

DATE   AUG 14 2006

# United States District Court

__Western__ DISTRICT OF __Louisiana__

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**6:06-CV-1374   LO
JUDGE MELANCON
MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Warden Eby Henry
Acadia Parish Jail
500 NE Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(BY) DEPUTY CLERK

DATE   AUG 14 2006

# United States District Court

**Western** DISTRICT OF **Louisiana**

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**6:06-CV-1374    LO**
**JUDGE MELANCON**
**MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Assistant Warden & Medic Vince Conde
Acadia Parish Jail
500 NE Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

AUG 14 2006

DATE

(BY) DEPUTY CLERK

# United States District Court

__Western__ DISTRICT OF __Louisiana__

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**6:06-CV-1374    LO**
**JUDGE MELANCON**
**MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Sgt. Chester Simon
Acadia Parish Sheriff's Department
Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(BY) DEPUTY CLERK

AUG 14 2006

DATE

# United States District Court

__Western__ DISTRICT OF __Louisiana__

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF'S DEPARTMENT, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**6:06-CV-1374   LO
JUDGE MELANCON
MAGISTRATE JUDGE HILL**

TO: (Name and address of defendant)

Dy. Darren Redlich
Acadia Parish Sheriff's Department
Court Circle
Crowley, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(BY) DEPUTY CLERK

AUG 14 2006

DATE