◥AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 6:06-CV-1374 LO

TO: (Name and address of Defendant)

DETECTIVE DENNIS FRUGE
ACADIA PARISH SHERIFF'S OFFICE
COURT CIRCLE
CROWLEY, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN F. McKAY
MCKAY LAW FIRM
7465 EXCHANGE PLACE
BATON ROUGE, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE 4/4/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN District of LOUISIANA

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 6:06-CV-1374 LO

TO: (Name and address of Defendant)

DEPUTY CONRAD PERRY
ACADIA PARISH SHERIFF'S OFFICE
COURT CIRCLE
CROWLEY, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN F. McKAY
MCKAY LAW FIRM
7465 EXCHANGE PLACE
BATON ROUGE, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE: 4/4/07

◆AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 6:06-CV-1374 LO

TO: (Name and address of Defendant)

DEPUTY CHRIS POUSSON
ACADIA PARISH SHERIFF'S OFFICE
COURT CIRCLE
CROWLEY, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN F. McKAY
MCKAY LAW FIRM
7465 EXCHANGE PLACE
BATON ROUGE, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE 4/4/07

⬥AO 440 (Rev. 8/01)Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of LOUISIANA

WILLIS LOUVIERE

V.

ACADIA PARISH SHERIFF, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 6:06-CV-1374 LO

TO: (Name and address of Defendant)

SERGEANT RUSSELL TAB FAULK
ACADIA PARISH SHERIFF'S OFFICE
COURT CIRCLE
CROWLEY, LA 70526

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN F. McKAY
MCKAY LAW FIRM
7465 EXCHANGE PLACE
BATON ROUGE, LA 70806

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

(By) DEPUTY CLERK

DATE 4/4/07