UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

NOTICE OF MANUAL ATTACHMENT

CASE#   6:06cv1374

Willis Louviere

    VS.

Acadia Parish, et al

JUDGE / MAGISTRATE:   Melancon / Hill

ATTACHMENTS TO:   Motion for Summary Judgment and Alternatively Motion to Dismiss

DESCRIPTION:   Exhibits A - H

FILED BY:   Defendants

FILE DATE:   09/14/07

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE

Prepared by: T. Babineaux