UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIS LOUVIERE | *CIVIL NO. 06-1374 |
| VERSUS | *JUDGE MELANCON |
| SHERIFF WAYNE MELANCON, ET AL. | *MAGISTRATE JUDGE HILL |

SETTLEMENT CONFERENCE MINUTES

A settlement conference was held in the above captioned case on March 16, 2009 in chambers of United States Magistrate Judge C. Michael Hill.[1] During the conference the parties were unable to reach a settlement

Signed at Lafayette, Louisiana on March 20, 2009.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Court time: 3 hours.