RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 03/20/09

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| WILLIS LOUVIERE | CIVIL ACTION NO. 06-1374 |
| VERSUS | JUDGE MELANÇON |
| ACADIA PARISH SHERIFF'S DEPT, ET AL | MAGISTRATE JUDGE HILL |

### JUDGMENT OF DISMISSAL

Having been advised by counsel for the parties that they have amicably resolved this matter, it is

**ORDERED** that this action is hereby **DISMISSED** with each party to bear its own costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

**THUS DONE AND SIGNED** this 20th day of March, 2009 in Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge